AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊚

# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHANE WESLEY EDWARDS,,
        Plaintiff,

v.

BUREAU OF PRISONS,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5033RBL/KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

Plaintiff's Amended Complaint (Dkt. #4) is DISMISSED WITH PREJUDICE.

| | |
|---|---|
| May 16, 2007 | BRUCE RIFKIN |
| | Clerk |
| | |
| | /s/ Pat LeFrois |
| | Deputy Clerk |